IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STEPHEN BUSHANSKY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>REMY INTERNATIONAL, INC., JOHN H. WEBER, JOHN J. PITTAS, DOUGLAS K. AMMERMAN, KARL G. GLASSMAN, LAWRENCE F. HAGENBUCH, CHARLES G. McCLURE, ARIK W. RUCHIM, GEORGE P. SCANLON, NORMAN STOUT,<br><br>Defendants. | Civil No. 1:15-cv-01361 TWP-TAB |
| MAXINE PHILLIPS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>REMY INTERNATIONAL, INC., et al.,<br><br>Defendants. | Civil No. 1:15-cv-01343 TWP-TAB |
| JASON GARCIA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>REMY INTERNATIONAL, INC., et al.,<br><br>Defendants. | Civil No. 1:15-cv-01385 TWP-TAB |

## ABBREVIATED CASE MANAGEMENT PLAN

The instant cases are putative class actions in which plaintiffs, alleged shareholders of defendant Remy International, Inc. ("Remy") common stock, allege that Remy and its board of directors caused a materially misleading proxy statement to be filed with the Securities and Exchange Commission in violation of the Securities Exchange Act of 1934 (the "Actions"). Plaintiffs seek to represent a class of Remy shareholders.

On October 5, 2016, plaintiffs filed their Motions for Final Approval of Class Action Settlement, Class Certification, and Application for Award of Attorneys' Fees and Expenses ("Motions for Approval"), to which Sean Griffith (the "Objector") objected.  By order dated August 16, 2017 (the "Order"), Judge Tanya Walton Pratt denied the Motions for Approval and also granted the Objector thirty days from the date of entry of the Order to file his motion for attorneys' fees ("Objector Fee Application"), after which the parties will have thirty days to file a response to the Objector's motion.

In light of the Order, Plaintiffs have expressed their intention to dismiss the Actions with prejudice to their individual claims and without prejudice to the claims of the class and to seek attorneys' fees based upon the mooting of the claims alleged in the Actions ("Mootness Dismissal").  Plaintiffs' Mootness Dismissal will (i) indicate that the parties will meet and confer regarding plaintiffs' counsel's claim for fees and expenses, and (ii) request that Court retain jurisdiction over the Actions with for the sole purpose of considering any potential fee and expense application by plaintiffs' in the event the parties are unable to reach agreement concerning plaintiffs' claim for fees and expenses ("Plaintiffs' Fee Application").  If the parties are unable to resolve plaintiffs' claim for fees and expenses within thirty (30) days of the entry of the Mootness Dismissal, the parties will contact the Court and request a stipulated briefing

schedule and hearing date with respect to Plaintiffs' Fee Application. If the parties reach an agreement concerning plaintiffs' claim for attorneys' fees and expenses, they will notify the Court.

In sum, the parties believe two potential issues remain in the Actions: (i) the Objector Fee Application (should such an application be submitted); and (ii) Plaintiffs' Fee Application (should such an application become necessary).

## I.      Parties and Representatives

**Counsel for Plaintiffs**

Marc L. Ackerman
BRODSKY & SMITH, LLC
Two Bala Plaza
Suite 510
Bala Cynwyd, PA 19004
Phone: (610) 667-6200
FAX: (610) 667-9029
Email: mackerman@brodskysmith.com

Richard A. Acocelli
WEISSLAW LLP
1500 Broadway, 16th Floor
New York, NY 10036
Phone: (212) 682-3025
FAX: (212) 682-3010
Email: racocelli@weisslawllp.com

Nadeem Faruqi
FARUQI & FARUQI, LLP
369 Lexington Ave., Tenth Floor
New York, NY 10017
Tel:    (212) 983-9330
FAX:   (212) 983-9331
Email: nfaruqi@faruqilaw.com

William N. Riley
James A. Piatt
Joseph N. Williams
Anne Medlin Lowe
RILEY WILLIAMS & PIATT, LLC

**Counsel for Defendants**

Anne N. DePrez
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Phone: (317) 231-7246
FAX: (317) 231-7433
Email: adeprez@btlaw.com

The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN  46204
Telephone:     (317) 633-5270
Facsimile:     (317) 426-3348
Email:  wriley@rwp-law.com
Email:  jpiatt@rwp-law.com
Email:  jwilliams@rwp-law.com
Email:  alowe@rwp-law.com

Counsel must promptly file a notice with the Clerk if there is any change in this information.

**II.**   **Jurisdiction**

    A.   These are actions for purported violations of the federal securities laws, and the parties agree that the Court has subject matter jurisdiction under 28 U.S.C. § 1331.

**III.**   **Deadlines**

    A.   Pursuant to the Order, the Objector must file his motion for fees on or before **September 15, 2017**.

    B.   By stipulated agreement among the parties, Plaintiffs shall file the Mootness Dismissals on or before **September 22, 2017**.

    C.   Pursuant to the Order, defendants and plaintiffs must file any responses to the Objector's motion for fees on or before **October 16, 2017** .

    D.   To the extent the parties are unable to reach an agreement concerning the amount of any attorneys' fees and expenses to be paid to plaintiffs' counsel and Plaintiffs' Fee Application  becomes necessary, the parties will advise the Court and present a stipulated briefing schedule **within thirty (30) days of the entry of the Mootness Dismissals.**

Dated: September 12, 2017                                Respectfully submitted,

**Counsel for Defendants**                                **Counsel for Plaintiffs**

By: /s/  Anne N. DePrez_____                    By: /s/ James A. Piatt_____

4

Anne N. DePrez
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Phone: (317) 231-7246
Fax: (317) 231-7433
Email: adeprez@btlaw.com

William N. Riley
James A. Piatt
Joseph N. Williams
Anne Medlin Lowe
RILEY WILLIAMS & PIATT, LLC
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN  46204
Telephone:  (317) 633-5270
Facsimile:  (317) 426-3348
Email:  wriley@rwp-law.com
Email:  jpiatt@rwp-law.com
Email:  jwilliams@rwp-law.com
Email:  alowe@rwp-law.com

Marc L. Ackerman
BRODSKY & SMITH, LLC
Two Bala Plaza
Suite 510
Bala Cynwyd, PA 19004
Phone:  (610) 667-6200
FAX:  (610) 667-9029
Email: mackerman@brodskysmith.com

Richard A. Acocelli
WEISSLAW LLP
1500 Broadway, 16th Floor
New York, NY 10036
Phone: (212) 682-3025
FAX: (212) 682-3010
Email: racocelli@weisslawllp.com

Nadeem Faruqi
FARUQI & FARUQI, LLP
369 Lexington Ave., Tenth Floor
New York, NY  10017
Tel:     (212) 983-9330
Fax:    (212) 983-9331
Email: nfaruqi@faruqilaw.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|   |   |
|---|---|
|   | PARTIES APPEARED IN PERSON/BY COUNSEL ON _____ FOR A PRETRIAL/STATUS CONFERENCE. |
|   | APPROVED AS SUBMITTED. |
|   | APPROVED AS AMENDED. |
|   | APPROVED AS AMENDED PER SEPARATE ORDER. |
|   | APPROVED, BUT ALL OF THE FOREGOING DEADLINES ARE SHORTENED/LENGTHENED BY _____ MONTHS. |
|   | APPROVED, BUT THE DEADLINES SET IN SECTION(S) _____ OF THE PLAN IS/ARE SHORTENED/LENGTHENED BY _____ MONTHS. |
|   | THIS MATTER IS SET FOR TRIAL BY_____ ON _____. FINAL PRETRIAL CONFERENCE IS SCHEDULED FOR _____ AT \_\_\_\_\_.M., ROOM _____. |
|   | A SETTLEMENT/STATUS CONFERENCE IS SET IN THIS CASE FOR _____AT _____.M.  COUNSEL SHALL APPEAR:<br><br>_____ IN PERSON IN ROOM _____; OR<br><br>_____ BY TELEPHONE, WITH COUNSEL FOR INITIATING THE CALL TO ALL OTHER PARTIES AND ADDING THE  COURT JUDGE AT (\_\_\_\_) _____; OR<br><br>_____ BY TELEPHONE, WITH COUNSEL CALLING THE  JUDGE'S STAFF AT (\_\_\_\_) _____; |
|   | DISPOSITIVE MOTIONS SHALL BE FILED NO LATER THAN _____ |

Upon approval, this Plan constitutes an Order of the Court. Failure to comply with an Order of the Court may result in sanctions for contempt, or as provided under Rule 16(f), to and including dismissal or default.

**Approved and So Ordered.**

_____  _____
Date                                                          U. S. District Court
                                                                     Southern District of Indiana

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of September, 2017, I caused a true and correct copy of the foregoing to be served electronically on the following counsel of record by operation of the Court's CM/ECF system:

/s/ Anne N. DePrez

DMS 10887720v1